IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS W. MCDONNELL, MIKE MAACKS, and the STATE BAR OF CALIFORNIA,<br><br>        Defendants. | No. C 06-7803 JSW (PR)<br><br>**ORDER REGARDING CLOSED CASE** |

After Plaintiff's motion for counsel on this closed case was denied on May 14, 2009, Plaintiff has filed yet another request with the Court regarding the status of his case and, specifically, of an amended complaint filed after his case was dismissed in 2007. An amended complaint is not properly filed on a closed case. As such, the case remains closed and no further requests for status of this long-closed matter will be entertained by the Court.

IT IS SO ORDERED.

DATED: 06/05/09

JEFFREY S. WHITE
United States District Judge